FILED
MAR 11 2019
TIMOTHY M. O'BRIEN CLERK
By_____CA_____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Chaya Jones _____ )
_____ )
_____ )
_____ )
(Enter above the full name of the Plaintiff(s) )

vs. Armed Forces, Turkish Jones, Earnest
Kansas City Public Library, Citizens in community
Parksey Jones, Osawatomie, Rainbow Wyandot
State police, Osawatomie, Rainbow Wyandot
State judge Court Judges, KU Medical Ctr, KVC
Center & other mental facilities, Housing Authority, etc.
Name KCKS, 7th Armstrong, 500 State Ave,
915 N. 4th St KCKS 66101, 6th Minnesota 66102
Street and number           66064
KANSAS         KS         66117
City           State       ZipCode

Case Number 2:19-CV-2131-CM-JPO

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.   Name of plaintiff Chaya Elaine Jones

     Address 915 Washington Blvd KCKS 66101 Apt #416

1

Defendants

(2) Wyandot Center
757 Armstrong Avenue
KCKS 66117

(3) KVC mental facility
~~KCKS~~ 4300 Brenner Dr
KCKS or 1211 N 8th St KCKS

DANIEL JONES, ERIC JONES, EARNEST JONES, NAOMI JONES, TWAKISHA JONES, MURAY JONES, REDENA JONES
915 N. 4th St KCKS 66101

(4) KANSAS City Public Library
625 Minnesota Ave KCKS 66102

(5) Osawatomie
500 State Hospital Drive
KS 66064

(6) KU Medical Center
KCKS 3901 Rainbow Blvd KCKS 66160

(7) Housing Authority
915 Washington Blvd
KANSAS CITY KS 66101

(8) State police
KCKS
710 N. 7th St KCKS 66101

(9) State court judges
710 N. 7th St KCKS 66101

department stores getting ripped out of our money. Whitney Houston couldn't sing and got caught on the Dave Letterman show and Tom Brown at the Donnelly College even though she passed away. She wasn't the only one acting a (cont) K-12 schools poor education college schools poor education

(10) Rockhurst University
1100 Rockhurst Rd KCMO 64110

(11) Donnelly College
608 N 18th St
KCKS 66102

(12) ARMED FORCES
AIR FORCE
NAVY
MARINE CORPS
COAST GUARD
ARMY

acting a fool. The stores were selling the music etc and people couldn't do their own stuff.

(13) Rainbow Mental Health Facility 2205 W 36th Ave KCKS 66103

(14) Wright Business School 10700 Metcalf Ave Overland Park, KS 66210

(15) West middle School 2600 N 4th KCKS 66104

(16) Hawthorne Elementary School 8260 N Chautan Ave KCMO 64152

(17) J.E. harmon high school 2400 Steele Rd KCKS 66104

(18) Wyandotte high school 2501 Minnesota Ave KCKS 66102

19) DANIEL JONES
20) ERIC JONES
21) EARNEST JONES
22) NAOMI JONES
23) ARDEANA JONES
24) MOIRAH JONES
1) TWAKISH JONES
   915 N. 4th St KCKS 66101

2)

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant _employees, patients, Naomi Joyce Jones, Housing Authority_ employed at _Osawatomie Mental hospital, Wyandot Center, Rainbow Mental Center, Kansas City Housing authority, KCKS public library_

C. Additional Defendants _residents at the housing authority, citizens in the community, departments stores, K-12 schools, and colleges, Armed Forces, Twakisita Jones, Daniel Jones, Moirah Jones, Eric Jones, Earnest Jones_

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
  1. Plaintiff is a citizen of the State of _KANSAS_.
  2. The first-named defendant above is either
     a. a citizen of the State of _KANSAS_ ; or
     b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

  3. The second-named defendant above is either
     a. a citizen of the State of _KANSAS_ ; or
     b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.   (If applicable)   Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1.   This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article____, Section____;
Statute, US Code, Title____, Section____.

☒ 2.   This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☒ 3.   Other grounds (specify and state any statute which gives rise to such grounds): fraud, false imprisonment, abuse, neglect, harassment, assault/battery, health hazard, threats and all other acts of crimes ~~found~~ ~~to~~ committed. Violation of Patients & Civil Rights. ~~State court~~ ~~the law~~ judge and state police are not practicing the law

III.   Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.   State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).   Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

These people are criminals and liars and I am tired of being bothered by these people. They do not have any respect and they are not being honest. I shouldn't have to pay any court fees and shouldn't be in jail for what they done wrong. I do not have any signs and symptoms of a mental disorder and should be forced to take medicine. I am not a criminal. ~~&~~ THEY ARE GUILTY OF MAKING DEALS WITHOUT MY PERMISSION. I do not want another deal with these people or be bothered at all.

IV.   Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make legal arguments.)

3

My records expunged, reimbursed for fines & fees that I have to pay, purchases that I have made, and damages to my physical mind and body

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X]   No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [X]   No [ ]

VII. Do you claim punitive monetary damages? Yes [X]   No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

I was charged for having to file this court order and shouldn't have to. Housing Authority has always been a health hazard with bed bugs and roaches, I had pink eye from being in the nasty mental facility. Housing charged me for things that I did not damage myself and that is not right. No one has the right to go over me and do what they want. I have a right to defend myself, represent myself, and be heard.

4

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐ No ☒

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

I left a message on the Internet with the president of the United States from the time I was born up until now since I turned thirty-seven years old. I said something to the judges in the state court and they ignored me, I have right to be heard by a federal judge.

IX. Related Litigation: the Supreme Court Justice and a federal judge.

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☒ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*Chaya Jus*
Signature of Plaintiff

*Chaya Jones*
Name (Print or Type)

915 Washington Blvd  Apt # 416 ~~KSE-K66101~~
Address

5

| KANSAS | KS | 66101 |
|---|---|---|
| City | State | Zip Code |

(N/A)
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☒ Kansas City, or ☐ Topeka } , Kansas as the
(Select One)

location for the trial in this matter.

_Chaya Yu_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or ☐ No }
(Select One)

_Chaya Yu_
Signature of Plaintiff

Dated: 03-11-19
(Rev. 10/15)

6