IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAYA JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-2131-CM |
| | ) |
| TWAKISH JONES, et al. | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Plaintiff, Chaya Jones, filed a motion to commence and proceed with this case without prepayment of fees pursuant to 28 U.S.C. § 1915 (ECF No. 3). The application contained numerous deficiencies as to plaintiff's financial status, which the court outlined in its order requiring plaintiff to supplement her application (see ECF No. 5). Plaintiff filed a supplement (see ECF No. 7), in which she acknowledges some of the court's questions but does not adequately address the deficiencies in the application.

The court reiterates the missing information from the application: the names and ages of any dependents; the financial and ownership information of plaintiff's car; all sources of income over the past 12 months, or, if none, how plaintiff pays her monthly house payment; and an updated, accurate log of her monthly household expenses. Without a complete application, the court cannot evaluate whether the waiver of court fees and costs is justified. Plaintiff shall provide the requested information by **April 2, 2019.** If plaintiff fails to provide this information in full, the court will likely deny plaintiff's motion.

IT IS SO ORDERED.

March 19, 2019, at Kansas City, Kansas.

                                       s/ James P. O'Hara  
                                       James P. O'Hara  
                                       U. S. Magistrate Judge